IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br>    Plaintiffs, <br><br>        v. <br><br>JOHN C. CARNEY, Governor of Delaware; KATHY JENNINGS, Attorney General of Delaware <br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 1:21-cv-01523-MN<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND [PROPOSED] ORDER GOVERNING TIME TO RESPOND TO COMPLAINT AND TIMING ON BRIEFING ON PRELIMINARY INJUNCTION

Whereas, Plaintiffs filed the above captioned case on October 27, 2021 against Defendants (D.I. 1);

Whereas, Plaintiffs filed a Motion for a Preliminary and Permanent Injunction (the "Motion") on November 2, 2021 (D.I. 5);

Whereas, Defendants filed their Answering Brief in Opposition to Plaintiffs' Motion for a Preliminary and Permanent Injunction on November 16, 2021 (D.I. 11);

Whereas, counsel for the Parties have conferred and agreed that, to accommodate certain scheduling conflicts, the Defendants shall have until December 9, 2021 to respond to the Complaint;

Whereas, counsel for the Parties further conferred and agreed that the Plaintiffs shall have until December 9, 2021 to file their Reply Brief in Further Support of their Motion;

It is hereby STIPULATED and AGREED, subject to approval of the Court, that:

1. The State Defendants have until December 9, 2021 to respond to the Complaint; and

3. Plaintiffs will have until December 9, 2021 to file their Reply Brief in Further Support of their Motion.

| GELLERT SCALI BUSENKELL & BROWN LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| _____ | */s/ Kenneth L. Wan* |
| Bradley P. Lehman, (I.D. #5921) | Patricia A. Davis (I.D. #3857) |
| 1201 N. Orange Street, Suite 300 | Kenneth L. Wan (I.D. #5667) |
| Wilmington, DE 19801 | Deputy Attorneys General |
| (302) 425-5800 | Carvel Building |
| blehman@gsbblaw.com | 820 N. French Street, 6th Floor |
|  | Wilmington, DE 19801 |
| *Counsel for Plaintiffs* | (302) 577-8400 |
|  | PatriciaA.Davis@delaware.gov |
|  | Kenneth.Wan@delaware.gov |
|  | |
|  | *Counsel for Defendants* |

SO ORDERED this \_\_\_\_\_ of _____, 2021

_____
United States District Judge