IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN C. CARNEY, Governor of Delaware; KATHY JENNINGS, Attorney General of Delaware <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 1:21-cv-01523-MN <br> : <br> : <br> : <br> : <br> : |

## STIPULATION AND ORDER GOVERNING TIME TO RESPOND TO COMPLAINT AND TIMING ON BRIEFING ON PRELIMINARY INJUNCTION

Whereas, Plaintiffs filed the above captioned case on October 27, 2021 against Defendants (D.I. 1);

Whereas, Plaintiffs filed a Motion for a Preliminary and Permanent Injunction (the "Motion") on November 2, 2021 (D.I. 5);

Whereas, Defendants filed their Answering Brief in Opposition to Plaintiffs' Motion for a Preliminary and Permanent Injunction on November 16, 2021 (D.I. 11);

Whereas, counsel for the Parties have conferred and agreed that, to accommodate certain scheduling conflicts, the Defendants shall have until December 9, 2021 to respond to the Complaint;

Whereas, counsel for the Parties further conferred and agreed that the Plaintiffs shall have until December 9, 2021 to file their Reply Brief in Further Support of their Motion;

It is hereby STIPULATED and AGREED, subject to approval of the Court, that:

1. The State Defendants have until December 9, 2021 to respond to the Complaint; and

3. Plaintiffs will have until December 9, 2021 to file their Reply Brief in Further Support of their Motion.

| GELLERT SCALI BUSENKELL & BROWN LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Bradley P. Lehman* <br> Bradley P. Lehman, (I.D. #5921) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> blehman@gsbblaw.com <br><br> *Counsel for Plaintiffs* | */s/ Kenneth L. Wan* <br> Patricia A. Davis (I.D. #3857) <br> Kenneth L. Wan (I.D. #5667) <br> Deputy Attorneys General <br> Carvel Building <br> 820 N. French Street, 6th Floor <br> Wilmington, DE 19801 <br> (302) 577-8400 <br> PatriciaA.Davis@delaware.gov <br> Kenneth.Wan@delaware.gov <br><br> *Counsel for Defendants* |

SO ORDERED this 17th of November 2021.

_____
The Honorable Maryellen Noreika
United States District Judge