IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN C. CARNEY, Governor of Delaware; KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 1:21-cv-01523-MN <br> : <br> : <br> : <br> : <br> : <br> : |

## STIPULATION AND [PROPOSED] ORDER GOVERNING TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Whereas, Plaintiffs filed the above captioned case on October 27, 2021 against Defendants (D.I. 1);

Whereas, Defendants filed their Motion to Dismiss and supporting Opening Brief on December 9, 2021 (D.I. 19, 20);

Whereas, Plaintiffs filed their Answering Brief on December 27, 2021 (D.I. 21);

Whereas, the deadline for Defendants to file a Reply is January 3, 2022;

Whereas, Defendants seek additional time to file their Reply given the upcoming New Year holiday;

It is hereby STIPULATED and AGREED, subject to approval of the Court, that:

1. The Defendants have until January 10, 2022 to file their Reply Brief in Support of their Motion to Dismiss.

| GELLERT SCALI BUSENKELL & BROWN LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Bradley P. Lehman* <br> Bradley P. Lehman, (I.D. #5921) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> blehman@gsbblaw.com <br><br> *Counsel for Plaintiffs* | */s/ Kenneth L. Wan* <br> Patricia A. Davis (I.D. #3857) <br> Kenneth L. Wan (I.D. #5667) <br> Deputy Attorneys General <br> Carvel Building <br> 820 N. French Street, 6th Floor <br> Wilmington, DE 19801 <br> (302) 577-8400 <br> PatriciaA.Davis@delaware.gov <br> Kenneth.Wan@delaware.gov <br><br> *Counsel for Defendants* |

SO ORDERED this _____ of _____, 2022

_____
United States District Judge