IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | : : : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 1:21-cv-01523-MN : |
| JOHN C. CARNEY, Governor of Delaware; KATHY JENNINGS, Attorney General of Delaware, | : : : : |
| Defendants. | : |

## STIPULATION OF DISMISSAL AS TO DEFENDANT GOVERNOR JOHN C. CARNEY

The above parties, by and through their attorneys, hereby agree and stipulate to dismiss all claims against Defendant Governor John C. Carney with prejudice. The parties shall pay their own costs.

| GELLERT SCALI BUSENKELL & BROWN LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Bradley P. Lehman* <br> Bradley P. Lehman, (I.D. #5921) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> blehman@gsbblaw.com <br><br> *Counsel for Plaintiffs* | */s/ Kenneth L. Wan* <br> Patricia A. Davis (I.D. #3857) <br> Kenneth L. Wan (I.D. #5667) <br> Deputy Attorneys General <br> Carvel Building <br> 820 N. French Street, 6th Floor <br> Wilmington, DE 19801 <br> (302) 577-8400 <br> PatriciaA.Davis@delaware.gov <br> Kenneth.Wan@delaware.gov <br> *Counsel for Defendants* |

SO ORDERED this \_\_\_\_\_ of _____, 2022.

_____
United States District Judge