

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

February 4, 2022

**Via CM/ECF**
The Honorable Maryellen Noreika
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

    RE:    Rigby, et al., v. Jennings
             C.A. No. 1:21-cv-1523-MN

Dear Judge Noreika:

    Please allow this letter to serve as Defendant's response to the Court's January 27, 2022 Order that if Defendant intends to introduce evidence regarding whether the challenged provisions at issue pass constitutional muster, that Defendant submit the evidence or offer a proffer of evidence that may be adduced at a hearing. D.I. 26. Initially, undersigned counsel submits the attached data (Exhibit A) collected by the Delaware State Police demonstrating the rise in "ghost gun" cases over the last few years. Undersigned counsel also proffers that, at a hearing, it is anticipated that research, reports, and/or statistics relied upon by the Delaware Legislature in developing House Bill 125 would be submitted as evidence. Further, testimony may be introduced to interpret the aforementioned data.

    I am available at the Court's convenience to address any questions or concerns this letter may raise.

                                  Respectfully submitted,

                                  */s/ Kenneth L. Wan*

                                  Kenneth L. Wan

cc:    Counsel for all parties (Via CM/ECF)