IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC.<br><br>        Plaintiffs,<br><br>        v.<br><br>KATHY JENNINGS, Attorney General of Delaware;<br><br>        Defendant.[1] | C.A. No. 1:21-cv-01523-MN |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO REPLY
IN SUPPORT OF MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**

Plaintiffs John Rigby, Alan Knight and Firearms Policy Coalition, Inc., ("Plaintiffs") by and through undersigned counsel, hereby move (the "Motion") this Honorable Court for leave to file a short supplement to their Reply Brief in Support of Motion for a Preliminary and Permanent Injunction, and in support thereof state as follows.

1. Plaintiffs' Motion for a Preliminary and Permanent Injunction (the "Motion") was filed with the Court on November 2, 2021 [D.I. 5] along with Plaintiffs' opening brief in support thereof [D.I.6].

2. Defendants' answering brief in opposition to the Motion (the "Answering Brief") was filed on November 16, 2021 [D.I. 11].

3. Plaintiffs' reply brief in support of the Motion (the "Reply Brief") was filed on December 8, 2021 [D.I. 16].

---

[1] Defendant John Carney, Governor of the State of Delaware, was dismissed from this action by stipulation of the parties. Given that the majority of the pleadings referred to herein were filed before the dismissal of Defendant Carney, "Defendants" is used throughout the remainder of this motion.

4. On January 27, 2022, the Court entered an order noting that Defendants had neglected to submit any evidence in support of the Answering Brief and directing the Defendants to do so no later than February 4, 2022 [D.I. 26].

5. On February 4, 2022, Defendants filed a letter responding to the Court's January 27 order along with an exhibit thereto which purports to contain evidence from the Delaware State Police supporting Defendants' position concerning the constitutionality of the challenged provisions of H.B. 125 at issue in these proceedings.

6. Plaintiffs respectfully submit that the interests of fairness and justice require that Plaintiffs be granted leave to file a short supplemental submission in support of the Motion which addresses the materials submitted by Defendants on February 4. Had Defendants submitted those materials at the time they filed the Answering Brief, Plaintiffs would have had an opportunity to take them into account in the Reply Brief. Instead, Plaintiffs were denied that opportunity through no fault of their own.

7. Should the Court grant Plaintiffs leave to file a supplemental submission, Plaintiffs defer to the Court for guidance on the appropriate form and length of the submission but respectfully suggest that a supplemental submission of no more than five pages in the form of a letter would be appropriate.

8. In accordance with Local Rule 7.1.1, the undersigned conferred with defense counsel concerning this motion and was advised that Defendants intend to take no position on Plaintiffs' request for leave to supplement the Reply Brief.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a short supplemental submission allowing them to fairly respond to Defendants' February 4 filings.

                                                              Respectfully submitted,

Dated: February 7, 2022                GELLERT SCALI BUSENKELL & BROWN LLC

                                                              */s/ Bradley P. Lehman*
                                                              Bradley P. Lehman (No. 5921)
                                                              1201 N. Orange Street, Suite 300
                                                              Wilmington, DE 19801
                                                              P: (302) 425-5800
                                                              E: blehman@gsbblaw.com

                                                              *Attorneys for Plaintiffs*


OF COUNSEL:

JOSHPE MOONEY PALTZIK LLP
Edward Paltzik
1407 Broadway, Suite 4002
New York, NY 10018
P: (212) 344-8211
E: epaltzik@jmpllp.com
*Admitted Pro Hac Vice*

3