## CERTIFICATE OF SERVICE

I, Bradley P. Lehman, Esq. hereby certify that on February 7, 2022, I caused a true and correct copy of Plaintiffs' Motion for Leave to File Supplemental to Reply in Support of Motion for a Preliminary and Permanent Injunction to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants and upon the parties below via electronic mail:

> Patricia A. Davis, Esq.
> Kenneth L. Wan. Esq.
> Deputy Attorneys General
> Carvel Building
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> PatriciaA.Davis@delaware.gov
> Kenneth.Wan@delaware.gov

Dated: February 7, 2022

                                              */s/ Bradley P. Lehman*
                                              Bradley P. Lehman (DE 5921)