

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

February 10, 2022

**Via CM/ECF**
The Honorable Maryellen Noreika
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

      RE:    Rigby, et al., v. Jennings
                C.A. No. 1:21-cv-1523-MN

Dear Judge Noreika:

      Please allow this letter to serve as Defendant's response to the Court's February, 8, 2022 Order directing Defendant to produce any additional evidence regarding whether the challenged provisions at issue pass constitutional muster by February 10, 2022. D.I. 29. Defendant is not submitting additional evidence and will rely on the evidence previously submitted on February 4, 2022. D.I. 27.

      I am available at the Court's convenience to address any questions or concerns this letter may raise.

                              Respectfully submitted,

                              */s/ Kenneth L. Wan*

                              Kenneth L. Wan

cc:    Counsel for all parties (Via CM/ECF)