

*Bradley P. Lehman, Esq.*
*302-416-3344*
*blehman@gsbblaw.com*

June 27, 2022

**<u>Via CM/ECF</u>**
The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801

      Re:    John Rigby, *et al.*, v. Kathy Jennings, Attorney General of Delaware,
             C.A. No. 21-01523 MN

Dear Judge Noreika:

    I write on behalf of the parties in response to Your Honor's June 23 oral order requesting that the parties confer and submit a schedule for additional briefing to address the effect of the Supreme Court's recent decision in *New York State Rifle & Pistol Assn., Inc. v. Bruen* in this case. The parties agree that extensive additional briefing should not be required in order to explain the import of *Bruen*. Consequently, unless Your Honor prefers otherwise, the parties intend to each submit a letter brief not exceeding five pages by 6:00 p.m. on Friday, July 1, 2022, in which each of the parties will explain its view of the effect *Bruen* has on the pending motions in this case.

    I am available at the convenience of the Court should Your Honor have any questions.

                                                      Respectfully,

                                                       */s/ Bradley P. Lehman*
                                                       Bradley P. Lehman (DE 5921)

Cc (via CM/ECF):    Kenneth Wan, Esq.
                              Patricia Davis, Esq.
                              Andrew Fletcher, Esq.

1201 N. ORANGE STREET, SUITE 300, WILMINGTON, DELAWARE 19801
P: 302.425.5800 | F: 302.425.5814

8 PENN CENTER, 1628 JOHN F. KENNEDY BLVD, SUITE 1901, PHILADELPHIA, PENNSYLVANIA 19103
P: 215.238.0010 | F: 215.238.0016

WWW.GSBBLAW.COM