IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 21-1523 ) ) ) ) ) ) |

## ORDER

At Wilmington, this 22nd day of September 2022, for the reasons set forth in the Memorandum Opinion issued on this date (D.I. 38),

IT IS HEREBY ORDERED that Plaintiffs' Motion for a Preliminary and Permanent Injunction (D.I. 5) is GRANTED-IN-PART and DENIED-IN-PART.  Defendant, her officers, agents, servants, employees, and all persons in active concert or participation with her, and all persons who have notice of the injunction are preliminarily enjoined from enforcing 11 Del. C. § 1459A(b); 11 Del. C. § 1463(a); 11 Del. C. § 1463(c)(1) and from enforcing 11 Del. C. 1463(b) to the extent that the Court has found it likely unconstitutional (*i.e.* the statute's provisions that bar the manufacturing and assembly of untraceable firearms, but not the prohibitions against distributing untraceable firearms).  All other requested relief in the motion, including the request for a permanent injunction, is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (D.I. 19) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge