

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

February 28, 2023

**Via CM/ECF**
The Honorable Maryellen Noreika
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19 Room 4324
Wilmington, DE 19801

    RE:    *Rigby, et al., v. Jennings*
                **C.A. No. 1:21-cv-1523-MN**

Dear Judge Noreika:

    I write on behalf of all parties. Please find enclosed the parties' revised proposed Scheduling Order in response to Your Honor's February 21, 2023 Order instructing the parties to submit a revised proposed Scheduling Order (D.I. 42).

    The parties are available at the Court's convenience should this letter raise any questions or concerns. Thank you.

    Respectfully,

    /s/ *Andrew R. Fletcher*
    Andrew R. Fletcher (6612)
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Andrew.Fletcher@delaware.gov
    Attorney for Defendant

CC: All counsel of record (via CM/ECF)
Encl.