IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br>        Plaintiffs,<br><br>        v.<br><br>KATHY JENNINGS, Attorney General of Delaware,<br><br>        Defendants. | C.A. No. 1:21-cv-01523-MN |

## NOTICE OF SERVICE

I, Bradley P. Lehman, Esq. hereby certify that on March 6, 2023, I caused a true and correct copy of Plaintiffs' Rule 26 (a)(1)(A) Initial Disclosures to be served upon the counsel below via electronic mail:

> Andrew R. Fletcher, Esq.
> Patricia A. Davis, Esq.
> Kenneth L. Wan. Esq.
> Deputy Attorneys General
> Carvel Building
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> Andrew.Fletcher@delaware.gov
> PatriciaA.Davis@delaware.gov
> Kenneth.Wan@delaware.gov

Dated: March 6, 2023      GELLERT SCALI BUSENKELL & BROWN, LLC

                                        */s/ Bradley P. Lehman*
                                        Bradley P. Lehman (DE 5921)
                                        1201 N. Orange Street, Ste. 300
                                        Wilmington, DE 19801
                                        Telephone: (302) 416-3344
                                        Facsimile:  (302) 425-5814
                                        blehman@gsbblaw.com

                                        *Attorneys for Plaintiffs*