# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | : : : : |
| Plaintiffs, | : C.A. No. 1:21-cv-01523-MN : |
| v. | : : |
| KATHY JENNINGS, Attorney General of Delaware, et al. | : : : |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I caused true and correct copies of the Expert Declarations of Robert Spitzer, Brian DeLay, and Daniel Webster, and associated exhibits, to be delivered electronically to:

Bradley P. Lehman, Esquire
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, Suite 300
Wilmington, DE  19801
.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Kenneth L. Wan*
Kenneth L. Wan (I.D. #5667)
Deputy Attorney General
Carvel State Building
820 French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

Date:  September 29, 2023