**GELLERT SCALI BUSENKELL & BROWN, LLC**

*Bradley P. Lehman, Esq.*
*302-416-3344*
blehman@gsbblaw.com

January 12, 2024

<u>*Via CM/ECF*</u>
The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801

  Re: John Rigby, *et al.*, v. Kathy Jennings, Attorney General of Delaware,
     C.A. No. 21-01523 MN

Dear Judge Noreika:

  I write on behalf of the Plaintiffs in accordance with the scheduling order (D.I. 45) entered by Your Honor on March 1, 2023. Paragraph 9 of that scheduling order directed each of the parties to submit a letter by no later than today setting forth their respective positions on whether this case should be tried to the bench or a jury. Please accept this letter on behalf of the Plaintiffs for that purpose.

  The Plaintiffs believe that this case can and should be resolved by the Court on summary judgment in accordance with *Bruen* given that the parties can present all pertinent information, there are no disputed issues of material fact, and the case turns on a purely legal issue of constitutional interpretation. For the same reasons, in the event that the Court should determine that a trial is necessary, Plaintiffs submit that it should be a bench trial.

  I am available at the convenience of the Court should Your Honor have any questions.

1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

8 PENN CENTER
1628 JOHN F. KENNEDY BLVD, SUITE 1901
PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

WWW.GSBBLAW.COM



Judge Noreika<br>
January 12, 2024<br>
Page 2

Respectfully,

*/s/ Bradley P. Lehman*
Bradley P. Lehman (DE 5921)

Cc (via CM/ECF):   Kenneth Wan, Esq.
Patricia Davis, Esq.
Andrew Fletcher, Esq.