

*Bradley P. Lehman, Esquire*
*302-416-3344*
*blehman@gsbblaw.com*

February 2, 2024

**Via CM/ECF**
The Honorable Maryellen Noreika
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, Delaware 19801

      RE:    *Rigby, et al., v. Jennings*
               C.A. No. 1:21-cv-1523-MN

Dear Judge Noreika:

      I write on behalf of all parties in response to Your Honor's direction during the January 26, 2024, teleconference that the parties submit a proposed schedule for summary judgment briefing no later than today. The parties propose the following schedule, which slightly modifies the standard schedule described in Local Rule 7.1.2(b):

1) Any party wishing to file a motion for summary judgment shall file its motion and opening brief in support thereof no later than **March 18, 2024**;

2) The parties shall prepare and file a joint stipulation of undisputed material facts no later than **March 18, 2024**;

3) Any answering brief in opposition to an opposing party's motion for summary judgment shall be filed no later than **April 8, 2024**;

4) Any reply in further support of a party's motion for summary judgment shall be filed no later than **April 19, 2024**; and

5) Absent permission granted by further order of the Court, the parties' briefs shall comply in all respects with Local Rule 7.1.3., including but not limited to the page limits set forth in subsection (a)(4) thereof.

1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DELAWARE 19801
P: 302. 425. 5800 | F: 302. 425. 5814

www.GSBBLAW.com

8 PENN CENTER
1628 JOHN F. KENNEDY BLVD, SUITE 1901
PHILADELPHIA, PENNSYLVANIA 19103
P: 215. 238. 0010 | F: 215. 238. 0016

The Hon. Maryellen Noreika<br>
February 2, 2024<br>
Page 2

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN LLC

<u>/s/ Bradley P. Lehman</u>
Bradley P. Lehman (#5921)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
P: (302) 425-5800
E: blehman@gsbblaw.com

*Attorneys for Plaintiffs*

CC:     All counsel of record (via CM/ECF)