# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br>      Plaintiffs,<br><br>      v.<br><br>KATHY JENNINGS, Attorney General of Delaware,<br><br>      Defendants. | C.A. No. 1:21-cv-01523-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Raymond M. DiGuiseppe to represent Plaintiffs John Rigby, Alan Knight and Firearms Policy Coalition, Inc., in this matter.

Dated: February 26, 2024    GELLERT SCALI BUSENKELL & BROWN, LLC

                                                                       */s/ Bradley P. Lehman*
                                                                       Bradley P. Lehman (DE 5921)
                                                                         1201 N. Orange Street, Ste. 300
                                                                         Wilmington, DE 19801
                                                                         Telephone: (302) 416-3344
                                                                         Facsimile: (302) 425-5814
                                                                         blehman@gsbblaw.com
                                                                         *Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

                                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, State of North Carolina, State of New York, and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: February 26, 2024　　　　　　　　　　*/s/ Raymond M. DiGuiseppe*
　　　　　　　　　　　　　　　　　　　　　Raymond M. DiGuiseppe
　　　　　　　　　　　　　　　　　　　　　The DiGuiseppe Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　116 N. Howe Street, Suite A
　　　　　　　　　　　　　　　　　　　　　Southport, NC 28461
　　　　　　　　　　　　　　　　　　　　　910-713-8804
　　　　　　　　　　　　　　　　　　　　　law.rmd@gmail.com