IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br>　　Plaintiffs, <br><br>　　v. <br><br>KATHY JENNINGS, Attorney General of Delaware, <br><br>　　Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 1:21-cv-01523-MN <br> : <br> : <br> : <br> : <br> : <br> : |

## STIPULATION AND [PROPOSED] ORDER
## GOVERNING MOTIONS FOR SUMMARY JUDGMENT

Whereas, the Parties filed a proposed briefing schedule governing motions for summary judgment, via letter to the Court, on February 2, 2024 (D.I. 52);

Whereas, the Court adopted the proposed briefing scheduled (D.I. 53);

Whereas, counsel for Defendant had an illness in the family, and requires additional time for briefing;

Whereas, counsel for Plaintiffs does not oppose such request;

It is hereby STIPULATED and AGREED, subject to approval of the Court, that:

1. The brief scheduling governing motions for summary judgment is modified as follows:

| Event | Original Date | New Date |
|---|---|---|
| Opening Briefs | March 18, 2024 | March 25, 2024 |
| Stipulation of Facts | March 18, 2024 | March 25, 2024 |
| Answering Briefs | April 8, 2024 | April 15, 2024 |
| Reply Briefs | April 19, 2024 | April 26, 2024 |

| | |
|---|---|
| GELLERT SCALI BUSENKELL & BROWN LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| */s/ Bradley P. Lehman* <br> Bradley P. Lehman (I.D. #5921) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> blehman@gsbblaw.com <br><br> *Counsel for Plaintiffs* | */s/ Kenneth L. Wan* <br> Patricia A. Davis (I.D. #3857) <br> Kenneth L. Wan (I.D. #5667) <br> Deputy Attorneys General <br> Carvel Building <br> 820 N. French Street, 6th Floor <br> Wilmington, DE 19801 <br> (302) 577-8400 <br> PatriciaA.Davis@delaware.gov <br> Kenneth.Wan@delaware.gov <br><br> *Counsel for Defendants* |

Date: March 12, 2024

SO ORDERED this _____ of _____, 2024

_____
United States District Judge