# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | :<br>:  C.A. No. 1:21-cv-01523-MN<br>: |
| Plaintiffs, | : |
| v. | : |
| KATHY JENNINGS, Attorney General of Delaware, | : |
| Defendant. | : |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Kathy Jennings hereby moves for summary judgment pursuant to FED. R. CIV. P. 56 for the reasons set forth in the Defendant's Opening Brief in Support of her Motion for Summary Judgment.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Kenneth L. Wan*
Patricia A. Davis (No. 3857)
Kenneth L. Wan (No. 5667)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Date: March 25, 2024           *Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | : <br> :    C.A. No. 1:21-cv-01523-MN <br> : |
| Plaintiffs, | : |
| v. | : |
| KATHY JENNINGS, Attorney General of Delaware, | : |
| Defendant. | : |

# **O R D E R**

WHEREAS, the Defendant has moved for summary judgment pursuant to Rule 56; and,

WHEREAS, the Court has reviewed the papers filed in connection with the matter.

**IT IS ORDERED this** _____ **day of** _____ **, 2024,**

that Defendant's Motion is GRANTED and the Clerk is directed to enter a JUDGMENT in Defendant's favor and against the Plaintiffs.

 

_____
United States District Judge