IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br>KATHY JENNINGS, Attorney General of Delaware, <br><br>   Defendants. | C.A. No. 1:21-cv-01523 (MN) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

  Plaintiffs John Rigby, Alan Knight, and Firearms Policy Coalition, Inc. (collectively, the "Plaintiffs"), by and through undersigned counsel, hereby move (the "Motion") this Honorable Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this Motion, Plaintiffs rely on their Brief in Support of Plaintiffs' Motion for Summary Judgment (the "Opening Brief") filed contemporaneously with this Motion.

  WHEREFORE, for the reasons set forth in the accompanying Opening Brief, Plaintiffs respectfully request that this Court issue an Order granting this Motion, issuing the requested permanent injunction more specifically described in the Opening Brief, and granting such other relief as the Court deems proper and just.

| | |
|---|---|
| Dated: March 25, 2024 | GELLERT SCALI BUSENKELL & BROWN LLC |

*/s/ Bradley P. Lehman*
Bradley P. Lehman (No. 5921)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
P: (302) 425-5800
E: blehman@gsbblaw.com

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
P: (910) 713-8804
E: law.rmd@gmail.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*