## **CERTIFICATE OF SERVICE**

    I, Bradley P. Lehman, Esq. hereby certify that on March 25, 2024, I caused a true and correct copy of Plaintiffs' Motion for Summary Judgment and Opening Brief to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

Dated: March 25, 2024

                                                      */s/ Bradley P. Lehman*
                                                      Bradley P. Lehman (DE 5921)