## CERTIFICATE OF SERVICE

      I, Bradley P. Lehman, Esq. hereby certify that on April 26, 2024, I caused a true and correct copy of Plaintiffs' Brief in Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

Dated: April 26, 2024

                                  */s/ Bradley P. Lehman*
                                  Bradley P. Lehman (DE 5921)