# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | : : : C.A. No. 1:21-cv-01523-MN : |
| Plaintiffs, | : : |
| v. | : : |
| JOHN C. CARNEY, Governor of Delaware; KATHY JENNINGS, Attorney General of Delaware | : : : |
| Defendants. | : : |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Kenneth L. Wan hereby withdraws his appearance for Defendants John C. Carney and Kathy Jennings in the above captioned matter and that Deputy Attorney General Lorin Huerta enters her appearance on behalf of Defendants John C. Carney and Kathy Jennings.

| | |
|---|---|
| **STATE OF DELAWARE DEPARTMENT OF JUSTICE** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| */s/ Kenneth L. Wan* | */s/ Lorin Huerta* |
| Kenneth L. Wan, ID #5667 | Lorin Huerta, ID #7211 |
| Deputy Attorney General | Deputy Attorney General |
| Carvel State Building | Carvel State Building |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 577-8400 | (302) 577-8400 |
| Kenneth.Wan@delaware.gov | Lorin.Huerta@delaware.gov |

Date: August 21, 2024