# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br> v. <br><br> KATHY JENNINGS, <br><br> Defendants. | C.A. No.: 1:21-cv-01523 MN |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE of the following change of firm affiliation for Bradley P. Lehman, Esquire, counsel for Plaintiffs John Rigby, Alan Knight and Firearms Policy Coalition, Inc.:

Bradley P. Lehman
Whiteford, Taylor & Preston LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
302-295-5674
blehman@whitefordlaw.com

**WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P. Lehman (#5921)
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 295-5674

                    Facsimile: (302) 295-5678
                    Email: blehman@whitefordlaw.com

*Attorneys for Plaintiff*

Dated:  May 19, 2025

## **CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, hereby certify that on this 19th day of May 2025, that the attached *Notice of Change of Firm Affiliation* was served upon all counsel of record via E-Filing CM/ECF.

                                                */s/ Bradley P. Lehman*
                                                Bradley P. Lehman (#5921)