IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC.,<br><br>     Plaintiffs,<br><br>          v.<br><br>JOHN C. CARNEY, Governor of Delaware; KATHY JENNINGS, Attorney General of Delaware<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 1:21-cv-01523-MN<br>:<br>:<br>:<br>:<br>:<br>: |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorneys General Patricia A. Davis and Lorin Huerta hereby withdraws their appearance as attorneys for Defendant Kathy Jennings and that Deputy Attorney General Jennifer Kate Aaronson enters her appearance on behalf of Defendant Kathy Jennings.

| **STATE OF DELAWARE DEPARTMENT OF JUSTICE** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** | **STATE OF DELAWARE DELAWARE OF JUSTICE** |
|---|---|---|
| */s/ Patricia A. Davis*<br>Patricia A. Davis (#3857)<br>Deputy Attorney General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>PatriciaA.Davis @delaware.gov<br>*Attorney for Defendant* | *s/ Lorin Huerta*<br>Lorin Huerta (#7211)<br>Deputy Attorney General<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Lorin.Huerta @delaware.gov<br>*Attorney for Defendant* | */s/ Jennifer Kate Aaronson*<br>Jennifer Kate Aaronson (#3478)<br>Deputy Attorney General<br>Carvel State Building<br>820 French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 683-8803<br>Jennifer.Aaronson@delaware.gov<br>*Attorney for Defendant* |

Date: November 6, 2025

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 6, 2025, he caused a true and correct copy of the attached *Substitution of Counsel* to be electronically filed with the Clerk of Court using CM/ECF and delivered to the attorneys of record.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Jennifer Kate Aaronson*
Jennifer Kate Aaronson (#3478)