**IN THE UNITED STATES DISTRICT COURT**
**FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:21-cv-01523 (MN) |
| v. | ) | |
| KATHY JENNINGS, Attorney General of Delaware, | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

**PLEASE ENTER** the appearance of Ian R. Liston on behalf of the Delaware Department of Justice as an attorney for Defendant Kathy Jennings, Attorney General of Delaware in the above-referenced action.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Ian R. Liston*
Ian R. Liston (DE Bar No. 5507)
Deputy Attorney General
820 N. French Street
Wilmington, Delaware 19801
(302) 683-8800
*Attorney for Defendant*

Date: August 27, 2026