IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY JENNINGS, Attorney General of Delaware,<br><br>Defendant. | ) | C.A. No. 21-1523 (MN) |

**ORDER**

At Wilmington, this 10th day of September 2026, for the reasons set forth in the Memorandum Opinion issued on this date,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Summary Judgment (D.I. 59) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

2. Plaintiffs' Motion for Summary Judgment is **GRANTED** insofar as it seeks a permanent injunction barring enforcement of 11 Del. C. § 1459A(b); 11 Del. C. § 1463(a); the portion of 11 Del. C. § 1463(b) that prohibits "knowingly manufactur[ing] [or] assembl[ing] [] an untraceable firearm" and "caus[ing] [an untraceable firearm] to be manufactured or assembled"; and 11 Del. C. § 1463(c)(1). The remainder of Plaintiffs' Summary Judgment Motion is **DENIED**.

3. Defendant's Cross Motion for Summary Judgment (D.I. 57) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

4. Defendant's cross motion for summary judgment is **GRANTED** insofar as it seeks a declaration that 11 Del. C. § 1459A(a); the portions of 11 Del. C. § 1463(b) that prohibit

"sell[ing] or transfer[ring] an untraceable firearm"; and 11 Del. C. § 1463(c)(2) are constitutional and enforceable.

5. Defendant's Cross Motion for Summary Judgment is **DENIED** to the extent that Plaintiffs' Motion for Summary Judgment is granted.

6. The Clerk of Court is directed to enter judgment consistent with the above.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge