IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1523 (MN) |
| KATHY JENNINGS, Attorney General of Delaware, | ) | |
| Defendant. | ) | |

**JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order dated September 10, 2026 (D.I. 81, 82);

IT IS HEREBY ORDERED AND ADJUDGED this 10th day of September 2026 that judgment be and is HEREBY ENTERED in favor of Plaintiffs permanently enjoining enforcement of 11 Del. C. § 1459A(b); 11 Del. C. § 1463(a); the portion of 11 Del. C. § 1463(b) that prohibits "knowingly manufactur[ing] [or] assembl[ing] [] an untraceable firearm" and "caus[ing] [an untraceable firearm] to be manufactured or assembled"; and 11 Del. C. § 1463(c)(1).

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is HEREBY ENTERED in favor of Defendant that 11 Del. C. § 1459A(a); the portions of 11 Del. C. § 1463(b) that prohibit "sell[ing] or transfer[ring] an untraceable firearm"; and 11 Del. C. § 1463(c)(2) are constitutional and enforceable.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge

(By) Deputy Clerk