**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, AND FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br>v.<br><br>KATHY JENNINGS,<br><br>Defendant. | Case No. 1:21-cv-01523-MN |

**ORDER STAYING THE DEADLINE TO FILE FEE PETITION**

AND NOW, this 21st day of September, 2026, upon consideration fo Plaintiffs' Consented Motion to Stay Deadline to File Fee Petition under Federal Rule of Civil Procedure 54, **IT IS HEREBY ORDERED** that said Motion is **GRANTED.** Accordingly, the deadline to file a petition for attorneys' fees is stayed and the parties shall confer and propose a briefing schedule on any fee petition within 30 days after (i) the time for filing an appeal has passed, if no notice of appeal is filed, or if a notice of appeal is filed, (ii) the time after which any potential proceedings on certiorari have concluded, either because no petition was filed and the time to do so has passed or because a petition was filed and has been finally acted on by the Supreme Court through a decision or a denial of the petition.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge