**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1523 (MN) |
| KATHY JENNINGS, Attorney General of Delaware, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT**

Pursuant to Federal Rule of Procedure Rule 59(e), Defendant respectfully moves the Court to alter or amend its September 10, 2026 judgment (D.I. 83) by dissolving the permanent injunction of 11 *Del. C.* §§ 1459A(b), 1463(a), 1463(c)(1), and the portion of § 1463(b) that prohibit manufacturing, assembling, or causing the manufacture or assembly of an untraceable firearm denying Plaintiffs' motion for summary judgment (D.I. 59) in its entirety, and granting Defendant's motion for summary judgment (D.I. 57) in its entirety to hold ~~the entireties of~~ 11 Del. C. § 1459A; 11 Del. C. § 1463 constitutional and enforceable. The grounds for this motion are set forth in the accompanying brief.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Jennifer Kate Aaronson*
Jennifer Kate Aaronson (#3478)
Ian R. Liston (#5507)
Deputy Attorney General
820 N. French Street
Wilmington, Delaware 19801
(302) 577-8808

*Attorneys for Defendant*

Date: October 8, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, I electronically filed the foregoing document and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ian. R. Liston*
Ian R. Liston (DE Bar No. 5507)

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.1**

Pursuant to D. Del. LR 7.1.1, counsel for the parties met and conferred regarding Defendant's foregoing motion, including verbally by teleconference with Delaware counsel, and the parties were unable to reach an agreement on the relief sought therein.

*/s/ Ian. R. Liston*
Ian R. Liston (DE Bar No. 5507)