**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1523 (MN) |
| KATHY JENNINGS, Attorney General of Delaware, | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant's Motion to Alter or Amend the Judgment (the "Motion") and any objections and responses filed thereto, and the record in this case, and for good cause and proper notice having been shown,

IT IS HEREBY ORDERED this _____ day of ____________, 2026, that the Motion is GRANTED. The Judgment entered at D.I. 83 is hereby amended by dissolving the preliminary and permanent injunction of 11 *Del. C.* §§ 1459A(b), 1463(a), 1463(c)(1), and the portion of § 1463(b) that prohibit manufacturing, assembling, or causing the manufacture or assembly of an untraceable firearm, DENYING Plaintiffs' motion for summary judgment (D.I. 59) in its entirety, and GRANTING Defendant's motion for summary judgment (D.I. 57) in its entirety and hold the entireties of 11 *Del. C.* §§ 1459A and 1463 constitutional and enforceable.

The Hon. Maryellen Noreika,
United States District Court Judge