SPONSOR: Rep. K. Johnson & Rep. Griffith & Sen. Sturgeon
Reps. Morrison, Gorman, Romer, Harris

HOUSE OF REPRESENTATIVES
153rd GENERAL ASSEMBLY

HOUSE BILL NO. 418

AN ACT TO AMEND TITLE 11 OF THE DELAWARE CODE RELATING TO FIREARMS.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF DELAWARE:

Section 1. Amend § 222, Title 11 of the Delaware Code by making deletions as shown by strike through and insertions as shown by underline as follows and by redesignating accordingly:

§ 222. General definitions.

When used in this Criminal Code:

( ) "Permanently inoperable" means rendered incapable of discharging a projectile by means of an explosive and incapable of being readily restored to a functional state. Cosmetic damage, partial disassembly, removal of parts, or temporary disabling does not constitute permanent inoperability. A firearm or unfinished firearm frame or receiver is permanently inoperable only if the alteration is irreversible and not susceptible to restoration through ordinary tools or commonly available equipment and at least one of the following apply:

a. The frame or receiver has been welded, filled, or otherwise permanently altered so that it cannot accept or house fire control components.

b. The barrel has been permanently welded closed or permanently obstructed.

c. The frame or receiver has been cut, torch-cut, or otherwise destroyed in a manner consistent with federal standards for firearm destruction under 27 C.F.R. § 478.92 or guidance issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Section 2. Amend § 1459A, Title 11 of the Delaware Code by making deletions as shown by strike through and insertions as shown by underline as follows:

§ 1459A. Possession of an unfinished firearm frame or receiver with no serial number.

(a) No person ~~shall~~ may knowingly transport, ship, transfer, or sell an unfinished firearm frame or ~~receiver~~ receiver, except as provided in subsection (e) of this section, unless all of the following apply:

(b) No person ~~shall~~ may knowingly possess an unfinished firearm frame or receiver that does not have the name of the manufacturer and individual serial number conspicuously placed on it or on a major component of the firearm into which the unfinished firearm frame or receiver will be ~~housed.~~ housed, except as provided in subsection (e) of this section.

(e)(1) Notwithstanding subsection (b) of this section, a person who lawfully possessed an unfinished firearm frame or receiver prior to [the effective date of this Act], or who lawfully acquired an unfinished firearm frame or receiver in another jurisdiction and subsequently moved into this State, may retain possession of the unfinished firearm frame or receiver only if, within 6 months of establishing residency in this State or within 6 months of [the effective date of this Act], whichever is later, the person does one of the following:

a. Has the unfinished firearm frame or receiver imprinted with a serial number by a federally licensed firearm dealer or federally licensed firearm manufacturer in accordance with federal law.

b. Renders the unfinished firearm frame or receiver permanently inoperable.

(2) A federally licensed firearm dealer or federally licensed firearm manufacturer may imprint a serial number under paragraph (1)(a) of this subsection. The serial number must:

a. Be unique to the licensee.

b. Comply with 18 U.S.C. § 923(i) and applicable federal regulations, including minimum size and depth requirements.

c. Be recorded and maintained in accordance with federal record-keeping requirements.

(3) The return of a newly serialized unfinished firearm frame or receiver constitutes a transfer subject to a background check under § 1448A of this title. If the transfer is denied, the licensee must surrender the item to law enforcement.

(4) A temporary transfer solely for the purpose of serialization under this subsection is not unlawful possession or transfer.

Section 3. Amend § 1463, Title 11 of the Delaware Code by making deletions as shown by strike through and insertions as shown by underline as follows:

§ 1463. Untraceable firearms; class E or D felony.

(a) A person is guilty of possessing an untraceable firearm when then person knowingly possesses an untraceable ~~firearm.~~ firearm, except as provided under subsection (f) of this section.

(b) A person is guilty of manufacturing an untraceable firearm when the person knowingly manufactures, assembles, causes to be manufactured or assembled, sells, or transfers an untraceable ~~firearm.~~ firearm, except that a transfer solely for serialization under subsection (f) of this section is not a violation.

(f) (1) Notwithstanding subsections (a) and (b) of this section, a person who lawfully possessed a firearm that does not bear a serial number prior to [the effective date of this Act], or who lawfully acquired such firearm in another jurisdiction and subsequently moved into this State, may retain possession of the firearm only if, within 6 months of

establishing residency in this State or within 6 months of [the effective date of this Act], whichever is later, the person does one of the following:

a. Has the firearm imprinted with a serial number by a federally licensed firearm dealer or federally licensed firearm manufacturer in accordance with federal law.

b. Renders the firearm permanently inoperable.

(2) A federally licensed firearm dealer or federally licensed firearm manufacturer may imprint a serial number under paragraph (1)(a) of this subsection. The serial number must comply with 18 U.S.C. § 923(i) and applicable federal regulations, including minimum size and depth requirements.

(3) The licensee must maintain records of serialization and transfer in accordance with federal law.

(4) The return of a newly serialized firearm constitutes a transfer subject to a background check under § 1448A of this title. If the transfer is denied, the licensee must surrender the item to law enforcement.

(5) A temporary transfer solely for the purpose of serialization under this subsection is not unlawful manufacture, possession, or transfer.

Section 4. This Act takes effect upon enactment.

## SYNOPSIS

This Act serves to clean up Delaware's ghost gun law to address issues raised in ongoing litigation. This Act primarily creates a clear path for individuals who legally possessed unserialized firearms prior to the law's enactment to come into compliance, either by having them serialized through a federally licensed dealer or rendering them permanently inoperable. This Act also clarifies definitions and aligns the law with federal serialization standards, while preserving the underlying prohibition on untraceable firearms.