**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN RIGBY, ALAN KNIGHT, and FIREARMS POLICY COALITION, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1523 (MN) |
| KATHY JENNINGS, Attorney General of Delaware, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME**

Pursuant to Civil Rule of Procedure Rule 59(e), Defendant filed her Motion to Alter or Amend the Judgment and Defendant's Opening Brief in support thereof on October 8, 2026 (D.I.s 86 and 87). However, due to the need to correct issues in the brief found late in the process, Defendant filed its papers after the 5 p.m. deadline set forth in the Court's Administrative Procedures Governing Filing and Service by Electronic Means (F) Deadlines.

Defendant respectfully requests that the Court extend the deadline for filing her motion and brief and consider them to have been timely filed on October 8, 2026.

Defendant's Counsel contacted Counsel for Plaintiffs that evening to request Plaintiffs' agreement to this request, and although Plaintiffs made clear that they oppose the substance of the Rule 59(e) motion and brief, they do not oppose this request to extend time or to consider the papers timely filed.

October 12, 2026

Respectfully,

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Ian R. Liston*

Jennifer Kate Aaronson (#3478)
Ian R. Liston (#5507)
Deputy Attorney General
820 N. French Street
Wilmington, Delaware 19801
(302) 577-8808

*Attorneys for Defendant*

Date: October 8, 2026

IT IS SO ORDERED this 12th day of October, 2026.

______________________________

The Hon. Maryellen Noreika
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2026, I electronically filed the foregoing document and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ian. R. Liston*
Ian R. Liston (DE Bar No. 5507)