**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, AND FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY JENNINGS,<br><br>Defendant. | Case No. 1:21-cv-01523-MN |

**PLAINTIFFS' PROTECTIVE NOTICE OF APPEAL**

Plaintiffs John Rigby, Alan Knight, and Firearms Policy Coalition, Inc., hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's order and judgment entered on September 10, 2026, in this case (Docs. 82 & 83).

Plaintiffs recognize that Defendant has filed a Rule 59 motion to reconsider this Court's summary judgment decision. *See* Doc. 87. It is therefore likely that this Notice of Appeal is premature. *See* Fed. R. App. P. 4(a)(4)(A)(iv). Plaintiffs file this notice out of an abundance of caution, in the event that this Court were to hold that the Rule 59 motion to reconsider was not timely filed. To be clear, Plaintiffs believe the motion was timely, given that Federal Rule of Appellate Procedure 4 requires only that a motion suspending the appeal deadline be filed "within the time allowed by [the] rule" in question, Fed. R. App. P. 4(a)(4)(A), and Fed. R. Civ. P. 59(f) only requires that the motion be filed "no later than 28 days after the entry of the judgment." If this notice of appeal is dismissed as premature, Plaintiffs do not waive the right to file a notice of appeal from any final, appealable judgment or order of this Court following resolution of the Defendant's Rule 59 motion.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Bradley P. Lehman*

Bradley P. Lehman (DE 5921)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 416-3344
blehman@whitefordlaw.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, Esq. hereby certify that on October 12, 2026, I caused a true and correct copy of Plaintiffs' Protective Notice of Appeal to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

*/s/ Bradley P. Lehman*
Bradley P. Lehman (DE 5921)