**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| JOHN RIGBY, ALAN KNIGHT, AND FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY JENNINGS,<br><br>Defendant. | Case No. 1:21-cv-01523-MN |

**DEFENDANT'S UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE A REPLY BRIEF**

Defendant hereby moves this Court to extend the deadline for filing a Reply brief in support of Defendant's Rule 59(e) motion to alter or amend the judgment. Defendant respectfully requests a 14-day extension of time from November 19, 2026, to December 4, 2026. This extension is necessary to accommodate other deadlines that Defendant's counsel faces through the end of November, including an oral argument in the Third Circuit Court of Appeals on November 18, 2026.

Defendant's counsel contacted counsel for Plaintiffs prior to filing this motion and Plaintiffs do not oppose this request.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Jennifer Kate Aaronson*
Jennifer Kate Aaronson (DE 3478)
Ian Liston (DE 5507)
Delaware Department of Justice
Carvel Building
820 N. French Street, 6th Flr
Wilmington, DE 19801
(302) 577 8400
Kate.Aaronson@delaware.gov
Ian.Liston@delaware.gov
*Attorneys for Defendant*

IT IS SO ORDERED this____day of November, 2026.

______________________________________
The. Hon. Maryellen Noreika
United States District Judge

**CERTIFICATE OF SERVICE**

I, Jennifer Kate Aaronson, Esq. hereby certify that on November 13, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

*/s/ Jennifer Kate Aaronson*
Jennifer Kate Aaronson (DE 3478))